Dissent from, Denial of Motion for Rehearing En Banc

BRIAN QUINN, Chief Justice.
I respectfully dissent from the decision to deny the motion for rehearing en banc of the panel opinion in Wolfe v. State, No. 07-10-0201-CR, 2012 Tex.App. Lexis 5368 (Tex.App.-Amarillo July 6, 2012, no pet. h.). The request was made sua sponte pursuant to Texas Rule of Appellate Procedure 41.2(c) due to my conclusion that the Court of Criminal Appeals’ decision in Armstrong v. State, 340 S.W.3d 759 (Tex. Crim.App.2011) did not overrule this court’s decision in Reyes v. State, 324 S.W.3d 865 (Tex.App.-Amarillo 2010, no pet.).
For the foregoing reason, I believe that reconsideration en banc was needed and respectfully dissent from the decision to deny same.